tr /004

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

In re: SONYA SUZETTE VAN VOAST                              Case No: 5:19-bk-72427 B

## OBJECTION TO CONFIRMATION
## OF INITIAL PLAN

    Joyce Bradley Babin, Chapter 13 Standing Trustee, submits this Objection to Confirmation of Initial Plan. The Chapter 13 filing and plan fail to comply with the following:

    1. 11 U.S.C. § 1325(a)(1) - The plan does not comply with the provisions of Chapter 13 and the other provisions of the Bankruptcy Code. **(a) The Trustee has made adjustments to the Debtor's Form 122C-1 (Means Test) resulting in monthly disposable income of $649.48. An amended Means Test should be filed consistent with the Trustee's calculations. (b) The plan proposes to pay the value of the claims of Arkansas Department of Finance and Administration and the Internal Revenue Service in Section 3.4. The amount of the secured claim should be determined pursuant to Bankruptcy Rule 3012.**

    Because the filing and plan fail to comply with applicable provisions of the Bankruptcy Code, confirmation of the plan should be denied and the case should be dismissed pursuant to 11 U.S.C. § 1307 or, alternatively, the Debtor should be given an opportunity to submit an amended plan within a reasonable period of time.

    WHEREFORE, the Trustee prays that confirmation of the plan is denied and the case is dismissed pursuant to 11 U.S.C. § 1307, or alternatively, that the Debtor is given an opportunity to submit an amended plan within a reasonable period of time; and for all other just, proper and equitable relief.

    /s/ Joyce Bradley Babin
    CHAPTER 13 STANDING TRUSTEE

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing document was served on the Debtor's attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtor and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on November 26, 2019.

    /s/ Joyce Bradley Babin
    Joyce Bradley Babin

cc:    Sonya Suzette Van Voast
    3451 Pasofino Loop
    Springdale, AR 72764-1760