IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE:   SONYA SUZETTE VAN VOAST,   Case No.: 5:19-bk-72427 B
Debtor   Chapter 13

**TRUSTEE'S MOTION TO DISMISS**

Joyce Bradley Babin, Chapter 13 Standing Trustee, for her Motion to Dismiss, states:

1. An Order was entered on January 16, 2020 requiring the debtor to file a modification to the plan within 30 days.

2. A modified plan has not been filed, and the Debtor has not requested an extension of time within which to make such modification.

WHEREFORE, the Trustee prays for an order dismissing this case, and for all other just, proper, and equitable relief.

/s/  Joyce Bradley Babin
Joyce Bradley Babin
Chapter 13 Standing Trustee

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on the Debtor's attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtor and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on February 27, 2020.

/s/  Joyce Bradley Babin
Joyce Bradley Babin

Sonya Suzette Van Voast
3451 Pasofino Loop
Springdale, AR  72764-1760