IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE: SONYA SUZETTE VAN VOAST  CASE NO: 5:19-bk-72427 B
DEBTOR  CHAPTER 13

### CHAPTER 13 ORDER DISMISSING CASE
### FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on January 14, 2020, Docket Entry 34, requiring the debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtor to comply with the court's order of January 14, 2020.

IT IS SO ORDERED.

Date: April 08, 2020

/s/ Ben T. Barry
Ben T. Barry
United States Bankruptcy Judge

cc: Joyce Bradley Babin, Trustee

The Nixon Law Firm
4100 Wagon Wheel Road
Springdale, AR  72762

Sonya Suzette Van Voast
3451 Pasofino Loop
Springdale, AR  72764-1760

GO 11-10b / an / 195a